Harry J. McClean, of Los Angeles, Cal., for petitioner.

Milton K. Young, of Los Angeles, Cal., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon consideration of petition for allowance of appeal under section 24b of the Bankruptcy Act, 11 USCA § 47 (b), and of objections to allowance of appeal, ordered petition for appeal denied.

H. H. MOTTER, Collector of Internal Revenue, v. Dallas W. KNAPP, Trustee.

No. 910.

Circuit Court of Appeals, Tenth Circuit.

July 7, 1933.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan., for appellant.

Dallas W. Knapp, of Coffeyville, Kan., pro se.

Before PHILLIPS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

NEW YORK CENTRAL RAILROAD CO., Appellant, v. MILNE LUMBER CO.

No. 9818.

Circuit Court of Appeals, Eighth Circuit.

Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.

NEW YORK CENTRAL RAILROAD CO., Appellant, v. MILNE LUMBER CO.

No. 9817.

Circuit Court of Appeals, Eighth Circuit.

Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.

NEW YORK CENTRAL RAILROAD CO., Appellant, v. MILNE LUMBER CO.

No. 9816.

Circuit Court of Appeals, Eighth Circuit.

Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.